# Court of Appeals
# of the State of Georgia

ATLANTA,   October 13, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0394.  PAUL MURRAY v. THE STATE.**

In 2006, Paul Murray pled guilty to three counts of child molestation, for which he was sentenced to twenty years to serve in prison.  Since that time, Murray has filed numerous motions with the trial court and multiple appeals with this Court, all of which were dismissed.  See Case Nos. A11A0456, A14A0568, and A15D0029.  Murray now seeks a direct appeal from the trial court's July 18, 2014 order dismissing his "Motion to Set Aside Sentence," through a notice of appeal filed on September 15, 2014.[1]  We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Murray filed his notice of appeal 59 days after entry of the order he seeks to appeal, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

---

[1] In Case No. A15D0029, Murray sought discretionary review of the same trial court order.  His application was dismissed as untimely on September 22, 2014.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __10/13/2016__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*